UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-00441-JWH (SPx) | Date | August 20, 2021 |
| Title | *James Rutherford v. Chang's Investment, LLC, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT AUGUST 20, 2021, STATUS CONFERENCE

On July 30, 2021, the Court entered an order setting a Status Conference on August 20, 2021, at 11:00 a.m. [ECF No. 15]. On August 20, 2021, Miles L. Prince, counsel for Defendant Chang's Investment, LLC, did not appear in court. Accordingly, the Court **ORDERS** Mr. Prince to show cause why he should not be sanctioned in the amount of $500 for failure to appear at the Court-ordered Status Conference.

Mr. Prince is required to respond in writing on or before Friday, August 27, 2021. Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel.

**IT IS SO ORDERED.**