DAVID L. PRINCE, ESQ. #113599
MILES L. PRINCE, ESQ. #298823
1912 E. Vernon Ave., Ste. 100
Los Angeles, CA 90058
323/234-2989 t
323/234-2619 f
mlp@redchamber.com

Attorneys for Defendant, **Chang's Investment, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES RUTHERFORD

     Plaintiff,

    v.

CHANG'S INVESTMENT, LLC; and
DOES 1 to 10, inclusive,

    Defendants.

**CASE NO.: 8:21-CV-00441-JWH-SP**

**DECLARATION OF MILES L. PRINCE IN RESPONSE TO ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR**

I, **MILES L. PRINCE**, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and am a counsel of record in this action for Defendant, Chang's Investment, LLC. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would competently testify to the same.

2. I am not the principal attorney tasked with this matter. I have little to no day-to-day involvement or supervision of the matter. Rather, another attorney in our office, David L. Prince, Esq., is the attorney handling the matter. David L. Prince prepared, signed, and caused to be filed the initial appearance, the Application for Stay and Early Mediation [ECF No. 10].

3. For some unknown reason (and likely an administrative oversight), the Application for Stay and Early Mediation, prepared and signed by David L. Prince, was filed with my CM/ECF account and login.

4. Because I have had no involvement in the matter, I presumed David L. Prince was receiving and responding to all filings and correspondences in the matter. However, because the initial filing was inadvertently made through my CM/ECF account, I now realize David L. Prince was not receiving any of the ECF notification.

5. Our CM/ECF accounts used to be setup to automatically add the appropriate people to each matter upon initial filing. This appears to be no longer the case, perhaps as a result of the recent PACER-CM/ECF merger. Nevertheless, that is why I presumed David L. Prince was receiving all filings in the matter, including the notice of the August 20, 2021 status conference. As it would not be my appearance to make, I did not calendar that status conference on my own calendar, and I do not make the practice of adding appearances to the calendars of other attorneys in our office; the attorneys in our office generally manage their own respective calendars. However, because the notice was not received by David L. Prince, it appears the conference was not added to anybody's calendar.

6.      I have also now reviewed Plaintiff's Status Report Re: Mediation [ECF No. 14]. Like above, I presumed I was merely a cc-ed person on the July 14, 2021 email from Plaintiff's counsel that apparently went without response from our office. Again, I presumed David L. Prince was responding to the email, and simply did not "reply all," since I have no responsibility for the matter. That July 14, 2021 email was the last correspondence received on the issue from Plaintiff's counsel. Regrettably, a follow-up email or even a phone call likely would have brought this entire oversight to our office's attention, and ensured an appearance at the Status Conference.

7.      David L. Prince will now file a Notice of Appearance of Counsel. This will add David L. Prince as an ECF recipient in this matter and all future filings should be received by him. We will confirm with Plaintiff's counsel that David L. Prince is the attorney responsible for the matter. David L. Prince will also file a declaration in response to the Order to Show Cause, outlining his handling of the matter, including his communications with Plaintiff's counsel throughout the pendency of the action (none of which involved me).

8.      The non-appearance was entirely inadvertent and the result of an unfortunate administrative oversight and excusable neglect. Accordingly, I respectful request that no sanctions issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed by me in Los Angeles, California, on this 25th day of August, 2021.

*Miles L Prince*

**MILES L. PRINCE**

DECLARATION OF MILES L. PRINCE IN RESPONSE TO ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR