DAVID L. PRINCE, ESQ., #113599
eMail: dlp@redchamber.com
MILES L. PRINCE, ESQ., #298823
eMail: mlp@redchamber.com
1912 East Vernon Avenue, Suite 100
Los Angeles, California 90058
Tel. 323/234-2989 Fax. 323/234-2619

Attorneys for Defendant, **CHANG'S INVESTMENT, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHANG'S INVESTMENT, LLC;<br>and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:21-CV-00441-JWH-SP<br><br>DECLARATION OF<br>DAVID L. PRINCE IN RESPONSE<br>TO ORDER TO SHOW CAUSE<br>RE: FAILURE TO APPEAR |

I, **DAVID L. PRINCE**, hereby declare:

1. I am an attorney licensed to practice before all courts in the State of California and I am counsel of record in this action for Defendant, Chang's Investment, LLC. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would competently testify to the same.

2. I am the principal attorney on this matter.

3. I had never received any CM/ECF notifications whatsoever on this matter.

4. When the original application for stay and early mediation was filed, it was filed under Miles L. Prince's account, even though I believe it was being

1
DECLARATION OF DAVID L. PRINCE IN RESPONSE TO ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR

filed under my account.

5. We have one billing for all ECF. The bill comes to me as I am the owner of the company.

6. Between May 21, 2021 and August 2, 2021, I have exchanged no less than 44 different e-mails with Plaintiff's counsel regarding this action. All of those e-mails were directed at attempting to resolve this case. None of those e-mails involved any notice whatsoever regarding the Status Conference or mediation selection. In fact, on June 14, 2021, Plaintiff's counsel inquired with me as to why this matter cannot be resolved without mediation. Other than one statement, there has never been any communication between Plaintiff's counsel and me regarding mediation. I now come to learn that all those mediation e-mails were being sent to Miles L. Prince, who simply assumed that I was receiving those e-mails as well.

7. There is absolutely no reason for me to not to have attended the Status Conference on August 20, 2021 had it been on my calendar. Had I known of the hearing, I would have been in attendance.

8. It appears now that I will now receive ECF notifications due to the corrections being made with the Court's website relative to notifications.

9. Even though Miles Prince and I are related (father and son), we simply have never discussed this case in any detail regarding th calendaring of any events or a resolution thereof.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed by me this 25th day of August, 2021 at Los Angeles, California.



*/s/ David L. Prince*
**DAVID L. PRINCE**

---

2
DECLARATION OF DAVID L. PRINCE IN RESPONSE TO ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR