Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHANG'S INVESTMENT LLC, a California limited liability company, CERCA TROVA STEAKHOUSE, L.P., a California limited partnership; TRICITY CORPORATE CENTRE MAINTENANCE ASSOCIATION NO. 4, a California nonprofit mutual benefit corporation; and DOES 1-10, inclusive,<br><br>    Defendants | Case No.: 5:21-cv-00441-JWH-SP<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: March 11, 2021<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED: November 1, 2022

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
  Joseph R. Manning, Jr.
  Attorney for Plaintiff
  James Rutherford